**TYSON & MENDES LLP**
CHERYL H. WILSON
Nevada Bar No. 8312
Email:  cwilson@tysonmendes.com
VICTORIA L. HIGHTOWER
Nevada Bar No. 10897
Email: vhightower@tysonmendes.com
170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89012
Tel:  (702) 724-2648
Fax:  (702) 410-7684
*Attorneys for Defendant, Fireworks by Grucci, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRCT OF NEVADA**

| | |
|---|---|
| BEDROC LIMITED, LLC, | CASE NO.: 2:21-cv-00936-RFB-BNW |
| Plaintiff, | **MOTION TO EXTEND PRETRIAL DEADLINES AND TO MODIFY JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| FIREWORKS BY GRUCCI, INC., | **(First Request)** |
| Defendants. | |

TO THE HONORABLE BRENDA N. WEKSLER

Defendant FIREWORKS BY GRUCCI, INC. ("Defendant") by and through its attorney of record TYSON & MENDES LLP, respectfully submits its First Motion to Extend Pretrial Deadlines and to Modify the current Joint Discovery Plan and Scheduling Order. The parties respectfully show this Court:

1.      Defendant requests that the Court extend the pretrial deadlines for Fed. R. Civ. P. 26(a)(2) disclosures of experts (initial designations & rebuttal experts), and the remaining deadlines, as set forth in the Joint Stipulated Discovery Plan & Scheduling Order (ECF No. 10), and enter the Proposed Order Extending Pretrial Deadlines and Modifying Scheduling Order attached hereto as Exhibit "A".

2.      Pursuant to LR 26-4, Defendant has good cause for extension of the remaining pretrial deadlines in this case. Defendant's motion for an extension of the

deadlines for Fed. R. Civ. P. 26(a)(2) disclosures of experts are in advance of the expiration of those deadlines (currently October 1, 2021 for initial expert disclosures and November 1, 2021 for rebuttal experts) and are a result of excusable circumstances as Defendant requires additional time to secure an expert to inspect and valuate the alleged damage to the property. Defendant has contacted several companies counsel has worked with in the past concerning fire damage, but none have experience with claims to land, as opposed to actual structures. As such, counsel requests additional time to secure an expert and to coordinate with Plaintiff concerning an inspection of the property.

3. Pursuant to LR 26-4, Defendant's motion for stipulated extensions is requested based on the following: a) As of the date of this Motion, the following discovery has been completed: the Plaintiff and Defendant conducted their FRCP 26(f) conference; Plaintiff and Defendant each served their Initial Disclosures with initial document production, with ongoing supplementation.

b) As of the date of this Motion, the following discovery remains to be completed:

1. Written discovery to Plaintiff and Defendants;

2. Depositions of the parties;

3. Designation and expert and rebuttal witnesses

c) Defendant's motion for stipulated extensions of the deadlines for Fed. R. Civ. P. 26(a)(2) are in advance of the expiration of those deadlines and are the result of excusable circumstances due to the difficulty in securing an expert with adequate fire restoration experience, concerning this type of property, to inspect and valuate the alleged damage to the property. In addition, Defendant will also engage in pursuing its own discovery, and extending the deadlines will ensure it has sufficient time to do so. **The parties jointly stipulate to and request extensions of time to designate their experts, until on or before December 1, 2021 and to disclose any rebuttal experts, until on or before December 31, 2021.  Defendant requests to extend the current discovery deadline to January 31, 2022.**

///

2

d) Defendant includes for the Court's consideration its Proposed Order Extending the Deadlines proposed herein. Defendant respectfully requests that the Court find that Defendant has demonstrated the requisite showings of advance requests and of good cause due to excusable circumstances, grant its First Motion to Extend Pretrial Deadlines and to Modify the current Order governing Pretrial Deadlines in this case, and enter the Proposed Order Extending Pretrial Deadlines attached hereto as Exhibit "A".

DATED this 10th day of September, 2021.
TYSON & MENDES LLP

*/s/ Victoria L. Hightower*

_____
CHERYL H. WILSON
Nevada Bar No. 8312
VICTORIA L. HIGHTOWER
Nevada Bar No. 10897
170 S. Green Valley Parkway, Suite 300
Henderson, Nevada 89012
*Attorneys for Defendant*
*Fireworks by Grucci, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an employee of Tyson & Mendes LLP, hereby certifies that on the 10th day of September, 2021, a copy of **MOTION TO EXTEND PRETRIAL DEADLINES AND TO MODIFY JOINT DISCOVERY PLAN AND SCHEDULING ORDER (First Request)**, was served electronically to all parties of interest through the CM/ECF electronic filing system.

*/s/ Allison Zeason*
_____
An employee of Tyson & Mendes LLP

**Order**
IT IS ORDERED that ECF No. 12 is DENIED without prejudice. ECF No. 12 is labeled as a motion but also states that the parties stipulate to the requested relief. Defendant is to refile the motion as either a motion or a stipulation, whichever is applicable, and comply with the Local Rules in all respects.

**IT IS SO ORDERED**
**DATED:** 9:32 am, September 13, 2021



**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89012

1
2
3
4
5
6
7
8
9
10

# EXHIBIT "A"

11
12
13
14
15
16

**MOTION TO EXTEND PRETRIAL DEADLINES AND TO MODIFY JOINT**

**DISCOVERY PLAN AND SCHEDULING ORDER (First Request)**

17
18
19
20
21
22
23
24
25
26
27
28

170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89012

4

1

**TYSON & MENDES LLP**
CHERYL H. WILSON

2

Nevada Bar No. 8312
Email:  cwilson@tysonmendes.com

3

VICTORIA L. HIGHTOWER
Nevada Bar No. 10897

4

Email: vhightower@tysonmendes.com

5

170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89012

6

Tel:  (702) 724-2648
Fax:  (702) 410-7684

7

*Attorneys for Defendant, Fireworks by Grucci, Inc.*

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11

BEDROC LIMITED, LLC,

Case No.: 2:21-cv-00936-RFB-BNW

Plaintiff,

**PROPOSED ORDER EXTENDING
PRETRIAL DEADLINES AND
MODIFYING JOINT DISCOVERY
PLAN AND SCHEDULING ORDER**

12

13

vs.

14

FIREWORKS BY GRUCCI, INC.,

15

Defendants.

16

17

Defendant FIREWORKS BY GRUCCI, INC. ("Defendant") by and through its attorney

18

of record TYSON & MENDES LLP, and Plaintiff BEDROC LIMITED, LLC ("Plaintiff"), by

19

and through its attorney of record HOLLEY DRIGGS, and hereby submits this Proposed Order

20

Extending Pretrial Deadlines, as follows: Fed. R. Civ. P. 26(a)(2) Disclosures (Experts): The

21

parties' disclosures of experts shall be made on or before December 1, 2021. Disclosure of

22

rebuttal experts shall be made by December 31, 2021, which is 30 days after the initial disclosure

23

of experts. Discovery cut-off shall be on January 31, 2022.

24

///

25

26

///

27

///

28

1

DATED this 10th day of September, 2021.

TYSON & MENDES LLP

*/s/ Victoria L. Hightower*

_____
CHERYL H. WILSON
Nevada Bar No. 8312
VICTORIA L. HIGHTOWER
Nevada Bar No. 10897
170 S. Green Valley Parkway, Suite 300
Henderson, Nevada 89012
*Attorneys for Defendant*
*Fireworks by Grucci, Inc.*

IT IS SO ORDERED

DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE

2