Robert E. Murdock, Esq.
Nevada Bar No. 4013
Sydney E. Murdock
Nevada Bar No. 15291
MURDOCK & ASSOCIATES, CHTD.
521 South Third Street
Las Vegas, NV 89101
Phone: 702-685-6111
Fax: 702-685-6222
rem@murdockassociates.com
sem@murdockassociates.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| BEDROC LIMITED, LLC, individually,<br><br>Plaintiff,<br><br>v.<br><br>FIREWORKS BY GRUCCI, INC.<br><br>Defendant. | Civil Docket: 2:21-cv-00936-RFB-BNW<br><br>**MOTION TO REMOVE COUNSELS' NAME FROM DOCKET AFTER LIMITED APPEARANCE** |

COMES NOW ROBERT E. MURDOCK, ESQ. and SYDNEY E. MURDOCK, ESQ., of the law firm of MURDOCK & ASSOCIATES, CHTD., attorneys for CHERYL H. WILSON, ESQ., and respectfully requests this court to remove counsels' name after their limited appearance which was solely to withdraw Ms. Wilson from this matter.

…

…

1

This Motion is made and based on all the pleadings and papers on file herein, the attached Memorandum of Points and Authorities.

DATED this 16th day of September 2022.

                                  **MURDOCK & ASSOCIATES, CHTD**.

                                  /s/ Robert E. Murdock
                                  Robert E. Murdock    Bar No. 4013
                                  Sydney E. Murdock   Bar No. 15291
                                  521 South Third Street
                                  Las Vegas, NV  89101

## POINTS AND AUTHORITIES

As this Court knows, on September 2, 2022, Attorneys Robert E. Murdock and Sydney E. Murdock, of Murdock & Associates, Chtd., filed their Limited Notices of Appearance in this matter for Attorney Cheryl Wilson (See Docket #38). On September 7, 2022, Mr. Murdock and Ms. Murdock filed a Motion to Withdraw Attorney Cheryl Wilson from this matter. (See Docket # 39). Magistrate Judge Weksler granted same on September 8, 2022. (See Docket # 40).

Within the Motion (Docket # 38), a Declaration was signed by Mr. Murdock. There was a problem with "NextGen" such that the Limited Appearance had to be filed "for Defendant Grucci" despite the fact that the appearance (and Motion) would just be for Ms. Wilson. (Docket #38 at 4):

> "9. That on September 2, 2022, I filed a Notice of Appearance for Ms. Wilson. However, the NEXTGEN system would not allow me to file the appearance just for Ms. Wilson so I edited the computer generated title to "Limited Notice of Appearance by Robert E. Murdock on behalf of Defendant Fireworks by Grucci, Inc., *ONLY FOR CHERYL WILSON*."
> 10. That in no way do I represent the Defendant Fireworks by Grucci. I only represent Ms. Wilson."

Unfortunately, the docket now shows Mr. Murdock and Ms. Murdock as representing Defendant Grucci which obviously is not the case and was never intended to be the case.

Accordingly, Mr. Murdock and Ms. Murdock respectfully request this Court

to remove them from the docket as the Limited Appearance for Ms. Wilson is complete.

DATED this 16th day of September 2022.

**MURDOCK & ASSOCIATES, CHTD**.

/s/ Robert E. Murdock
Robert E. Murdock          Bar No. 4013
Sydney E. Murdock         Bar No. 15291
521 South Third Street
Las Vegas, NV  89101

**ORDER**

IT IS SO ORDERED.

DATED __19__ of September 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

4