# EXHIBIT "5"



```
 1                  UNITED STATES DISTRICT COURT

 2                       DISTRICT OF NEVADA

 3

 4   BEDROC LIMITED, LLC,           )
                                    )
 5                    Plaintiff,    )
                                    )
 6        v.                        ) CASE NO. 2:21-cv-00936
                                    ) RFB-BNW
 7   FIREWORKS BY GRUCCI, INC.,     )
                                    )
 8                    Defendant.    )
     _____)
 9

10

11

12

13

14

15              VIDEOCONFERENCE DEPOSITION OF

16                     FELIX JAMES GRUCCI

17                     BELLPORT, NEW YORK

18                   TUESDAY, JULY 26, 2022

19

20

21   Reported By Kele R. Smith, NV CCR No. 672, CA CSR No.
     13405
22                       Job No. 895201

23

24

25
```

Page 48

| | | |
|---|---|---|
| 14:05:05 | 1 | Are you there? |
| 14:05:06 | 2 | A.  I'm there.  I'm on Page 2. |
| 14:05:09 | 3 | Q.  Perfect.  I'd like to direct your attention to |
| 14:05:12 | 4 | Paragraph 14 at the bottom of the page. |
| 14:05:17 | 5 | A.  Uh-huh.  I'm there. |
| 14:05:19 | 6 | Q.  Okay.  This section is called "Integration; |
| 14:05:26 | 7 | Replacement Agreement."  It says, "It is agreed and |
| 14:05:29 | 8 | understood that this agreement contains all agreements, |
| 14:05:33 | 9 | promises, and understandings between landlord and |
| 14:05:37 | 10 | tenant, supersedes any prior agreements, and that no |
| 14:05:42 | 11 | verbal or oral agreements, promises, or understandings |
| 14:05:45 | 12 | shall be binding upon either landlord or tenant in a |
| 14:05:50 | 13 | dispute."  Did I read that correctly? |
| 14:05:53 | 14 | A.  Yes. |
| 14:05:53 | 15 | Q.  Were there any verbal or oral agreements made by |
| 14:06:00 | 16 | my client? |
| 14:06:06 | 17 | A.  Only the agreement to continue.  Maybe I should |
| 14:06:11 | 18 | say the agreement to continue is one I can think of. |
| 14:06:15 | 19 | Q.  Okay.  Did my client agree to waive any rights it |
| 14:06:22 | 20 | had under this contract? |
| 14:06:23 | 21 | A.  No. |
| 14:06:27 | 22 |     MR. HAYES:  I'm just going to object.  Vague and |
| 14:06:30 | 23 | ambiguous, calls for a legal conclusion, calls for |
| 14:06:33 | 24 | speculation. |
| 14:06:33 | 25 |     But you may answer. |

Page 64

| Time | # | Text |
|---|---|---|
| 14:38:21 | 1 | A.  We didn't measure it, but based on the drawings |
| 14:38:26 | 2 | that I saw of the various documents, which all were |
| 14:38:32 | 3 | somewhat consistent, I have no reason to dispute it. |
| 14:38:36 | 4 | **Q.  Were there any burned areas of the property at** |
| 14:38:43 | 5 | **the time you took possession of the lease?** |
| 14:38:45 | 6 | A.  Not that I'm aware of. |
| 14:38:47 | 7 | **Q.  But there were burned areas at the conclusion of** |
| 14:38:50 | 8 | **the lease on my client's property.  Correct?** |
| 14:38:53 | 9 | A.  Correct.  All -- all inside the fallout area, |
| 14:38:56 | 10 | yes. |
| 14:38:57 | 11 | **Q.  Just to make sure I remember your testimony from** |
| 14:39:14 | 12 | **earlier today, you've never seen a fire this large that** |
| 14:39:18 | 13 | **you saw that night at my client's property in all of** |
| 14:39:21 | 14 | **your years of fireworks presentations.  Right?** |
| 14:39:25 | 15 | A.  The land itself? |
| 14:39:28 | 16 | **Q.  Correct.** |
| 14:39:29 | 17 | A.  With the exception of the project that was not |
| 14:39:34 | 18 | under our license in Athens, I don't believe I've ever |
| 14:39:43 | 19 | seen something that's bigger than that.  That I've seen |
| 14:39:48 | 20 | or I'm aware of with my company too, so... |
| 14:39:59 | 21 | **Q.  I'm sorry.  If you were clarifying something, I** |
| 14:40:02 | 22 | **couldn't hear you.  One more time.** |
| 14:40:05 | 23 | A.  No, I said there's no -- there's no other program |
| 14:40:06 | 24 | that I can -- I can think of that had a fire that was |
| 14:40:08 | 25 | bigger than that and I don't -- I can't recall another |

Page 65

| | | |
|---|---|---|
| 14:40:16 | 1 | show where there would have been a fire bigger than that |
| 14:40:20 | 2 | on the -- you know, on the property. |
| 14:40:23 | 3 | **Q.  Did Grucci take any steps to repair the property?** |
| 14:40:28 | 4 | **And specifically I'm talking about the fire damage.** |
| 14:40:31 | 5 | A.  No. |
| 14:40:32 | 6 | **Q.  Okay.  Did Grucci attempt to obtain quotes to** |
| 14:40:39 | 7 | **remediate the fire damage?** |
| 14:40:41 | 8 | A.  Yes. |
| 14:40:42 | 9 | **Q.  What did Grucci do to obtain quotes to remediate** |
| 14:40:52 | 10 | **the fire damage?** |
| 14:40:53 | 11 | A.  I think we -- I think we -- we obtained the |
| 14:40:54 | 12 | quotes from two vendors or we -- we started to try.  It |
| 14:40:58 | 13 | was during COVID and Larry was having a hard time |
| 14:41:01 | 14 | getting them to respond, so they were wanting someone to |
| 14:41:05 | 15 | come out and take a look at it.  But I think at the |
| 14:41:08 | 16 | end -- maybe we didn't.  You know, frankly speaking, |
| 14:41:10 | 17 | maybe we did not.  I think the two quotes came from |
| 14:41:14 | 18 | Bedroc because we were unsuccessful in getting the |
| 14:41:19 | 19 | quotes. |
| 14:41:19 | 20 | **Q.  So Grucci did attempt to get quotes, at least, to** |
| 14:41:24 | 21 | **remediate the property.  Right?** |
| 14:41:25 | 22 | A.  We did.  We were asked to get them, so we |
| 14:41:28 | 23 | attempted to get them. |
| 14:41:29 | 24 | **Q.  With the idea that Grucci would remediate the** |
| 14:41:33 | 25 | **fire damage.  Is that right?** |

Page 85

```
15:08:45   1   BY MR. EDWARDS:
15:08:46   2       Q.  Was it ever put in writing to the effect that
15:08:49   3   Grucci is not responsible for fire damage within the
15:08:52   4   fallout area?
15:08:53   5       A.  To my knowledge, no.
15:09:01   6       Q.  You recall the insurance obligations set forth in
15:09:12   7   the lease that we've already gone over.  Right?
15:09:14   8       A.  Yes.
15:09:15   9       Q.  Is there any exception in that lease obligation
15:09:19  10   with regard to a fire within the fallout area?
15:09:24  11           MR. HAYES:  Calls for speculation, calls for a
15:09:26  12   legal conclusion, vague and ambiguous.
15:09:28  13           You may respond.
15:09:31  14       A.  Not to my knowledge.  I don't think there's an
15:09:34  15   exception to that.
15:09:35  16   BY MR. EDWARDS:
15:10:00  17       Q.  Okay, can you turn, please, to Tab O.
15:10:16  18           MR. EDWARDS:  And I believe, Madam Court
15:10:17  19   Reporter, this is going to be Exhibit 5.  Please correct
15:10:20  20   me if I'm getting my numbers off.
15:10:23  21           THE REPORTER:  You're correct.
15:10:25  22       A.  I have the tab open.
15:10:26  23   BY MR. EDWARDS:
15:10:27  24       Q.  This is a report from our contractor estimating
15:10:32  25   the amount it's going to cost to remediate my client's
```

Page 114

1        CERTIFICATE OF REPORTER

2   STATE OF NEVADA    )
                       ) ss:
3   COUNTY OF CLARK    )

4        I, KELE R. SMITH, a Certified Court Reporter in

5   Clark County, State of Nevada, do hereby certify:  That

6   I reported the taking of the deposition of FELIX JAMES

7   GRUCCI, commencing on Tuesday, July 26, 2022, at 1:03

8   p.m.

9        That prior to being deposed, the witness was by

10  me duly sworn to testify to the truth, that I thereafter

11  transcribed my said shorthand notes into typewriting, and

12  that the typewritten transcript is a complete, true, and

13  accurate transcription of said shorthand notes and that

14  the witness was asked to review and correct the

15  transcript.

16       I further certify that I am not a relative or

17  employee of counsel of any of the parties, nor a

18  relative or employee of the parties involved in said

19  action, nor a person financially interested in the

20  action.

21       IN WITNESS WHEREOF, I have set my hand in my

22  office in the County of Clark, State of Nevada, this

23  10th day of August, 2022.

24  _____

25           KELE R. SMITH, NV CCR #672, CA CSR #13405