**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email: ghayes@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No.12435
Email: clund@tysonmendes.com
2835 St. Rose Pkwy, Suite #140
Henderson, NV 89052
Tel: (702) 724-2648
Fax: (702) 410-7684
*Attorneys for Defendant*
*Fireworks by Grucci, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BEDROC LIMITED, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br><br>FIREWORKS BY GRUCCI, INC.,<br><br>   Defendants. | CASE NO.: 2:21-cv-00936-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff BEDROC LIMITED, LLC and Defendant FIREWORKS BY GRUCCI, INC. by and through their undersigned counsel of record, that Plaintiff's Complaint against FIREWORKS BY GRUCCI, INC. and each and every claim alleged therein be dismissed WITH PREJUDICE, each side to bear its own attorney fees and costs.

| | |
|---|---|
| DATED this 12th day of December, 2022. | DATED this 12th day of December, 2022. |
| HOLLEY DRIGGS | TYSON & MENDES LLP |
| /s/F. Thomas Edwards<br>F. Thomas Edwards, Esq.<br>Nevada Bar No. 9549<br>Jessica M. Lujan, Esq.<br>Nevada Bar No. 15291<br>400 South Fourth Street, Third Floor<br>Las Vegas, NV  89101<br>*Attorneys for Plaintiff*<br>*Bedroc Limited, LLC* | /s/ Griffith H. Hayes<br>GRIFFITH H. HAYES<br>Nevada Bar No. 7374<br>CHRISTOPHER A. LUND<br>Nevada Bar No. 12435<br>2835 St. Rose Parkway, Suite #140<br>Henderson, NV 89052<br>*Attorneys for Defendant Fireworks by Grucci, Inc.* |

**ORDER**

Based upon the Stipulation of the parties hereto, and with good cause appearing:

IT IS HEREBY ORDERED that the Complaint against FIREWORKS BY GRUCCI, INC. and each and every claim alleged therein against FIREWORKS BY GRUCCI, INC., be dismissed WITH PREJDUICE, each side to bear its own attorney fees and costs.

Dated: _____



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of December, 2022.

Respectfully submitted by:
TYSON & MENDES

/s/ Griffith H. Hayes
_____
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email:  ghayes@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No.12435
Email:  clund@tysonmendes.com
2835 St. Rose Pkwy, Suite #140
Henderson, NV 89052